FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 21 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| DEBORAH A. LYONS, | No. 13-56657 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 3:13-cv-00011-LAB-KSC |
| v. | Southern District of California, San Diego |
| MICHAEL & ASSOCIATES and ATTORNEY LINA, | |
| Defendants - Appellees. | ORDER |

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

By: Peter W. Sherwood
Circuit Mediator